## IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES THEODORE SHARKEY,
                          Appellant,
vs.
THE STATE OF NEVADA,
                          Respondent.

No. 74740

FILED

FEB 0 8 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a pro se appeal from a district court "order denying defendant's motion to dismiss by challenges of state's non-compliance with statutory obligations." Eighth Judicial District Court, Clark County; Michael Villani, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. NRS 177.015(1)(b) (a defendant may appeal from an order *granting* a motion to dismiss); *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Pickering

_____ J.
Gibbons

_____, J.
Hardesty

---

[1]Given this order, we take no action on appellant's motion to proceed in forma pauperis filed on January 2, 2018.

18-05351

cc: Hon. Michael Villani, District Judge
James Theodore Sharkey
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk